UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00262 |
| | ) | JUDGE CAMPBELL |
| TERRY KRETZ, et al. | ) | |

## ORDER

Pending before the Court is the Government's Motion To Dismiss Counts (Docket No. 131). Through the Motion, the Government seeks to dismiss Counts Thirteen, Fourteen and Fifteen of the Superseding Indictment in this case. The Motion indicates that the Defendants do not object to the request. The Motion is GRANTED.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE