UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00262 |
| | ) | JUDGE CAMPBELL |
| TERRY KRETZ, ROBERT HALEY | ) | |
| and DARYL BORNSTEIN | ) | |

## ORDER

Pending before the Court are the following Motions:

1. Motion for an Order of Forfeiture Consisting of $_____ United States Currency Money Judgments as to Counts One, Two, Five, and Twelve (Docket No. 201);

2. Motion for an Order of Forfeiture Consisting of $_____ United States Currency Money Judgments as to Counts One, Two Five, and Twelve (Docket No. 203); and

3. Motion for an Order of Forfeiture Consisting of $_____ United States Currency Money Judgments as to Counts One, Two, and Ten (Docket No. 205).

The Motions are DENIED without prejudice to refiling once the Government identifies the specific dollar amount it is requesting.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE