# UNITED STATES DISTRICT COURT

__MIDDLE__ DISTRICT OF __TENNESSEE__

United States of America

V.

Terry Kretz

## EXHIBIT AND WITNESS LIST

Case Number: 3:09-00262-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Todd J. Campbell | Scarlett S. Nokes | Ronald Small, Dumaka Shabazz |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 15, 2014 | Cathy Leigh | Althea F. Straughter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 8/15/14 | | | |
| | 1 | | X | | Collective Group of Internet Software and Services |
| | 2 | | X | | Trustee's Report of Sale |
| | 3 | | X | | AP News Article on Economic Crime Penalties |
| | W | | | | Debra Ketz |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages